240 So.2d 374

### STATE of Louisiana ex rel. Ulysses WALKER

v.

### C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.

No. 50948.

Nov. 9, 1970.

Writ refused. The petitioner's factual allegations disputing the voluntariness of his plea of guilty are disproved by the transcript of the pre-sentence examination of him conducted by the trial court March 9, 1970.

240 So.2d 375

### HUMBLE OIL & REFINING COMPANY

v.

### P. J. CHAPPUIS, II et al.

No. 50949.

Nov. 9, 1970.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.